Coon, J. P.,
Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In decisions Nos. 2–5 the court is as follows: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■ In the Matter of DAVID WASSERMAN, Appellant, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for stay pending application to this court for permission to appeal to the Court of Appeals from the judgment of this court. Motion granted, upon condition that such motion be submitted to this court on or before October 9, 1961.
■ In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for stay denied, without costs, and without prejudice to its renewal at such time as it shall have been determined that the proceeding is properly before this court and at issue.
■ In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWNS OF VIRGIL, HARTFORD, LAPEER AND CORTLANDVILLE, Respondent, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Appellant.— ■ Brief to be served and filed on or before October 9, 1961.
■ In the Matter of the Claim of CHARLES J. BOYLE, JR., Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Application for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 of the Labor Law. Motion granted and Donald L. Slater, Esq., attorney at law, 12 Central Avenue, Cortland, New York, is hereby appointed as attorney for such claimant-respondent.

## FOURTH DEPARTMENT, SEPTEMBER, 1961

## (September 15, 1961)

■ (A) AMOS ANTONACCI, Appellant, v. RICHARD F. A. CROSS, Respondent. (B) NICHOLAS BODNAR, Appellant, v. NEW YORK TRANSIT COMPANY, INC., Respondent. (C) NEW YORK TRANSIT COMPANY, INC., Respondent, v. NICHOLAS BODNAR, SR., et al., Appellants. (D) In the Matter of CHESTER BOLAS, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent. (E) KATHERINE A. BRENDES, Appellant, v. HAZEL NEAL, Respondent. BERNARD C. BRENDES, Appellant, v. HAZEL NEAL, Respondent. (F) DANIEL CAMEROTA, Appellant, v. THOMAS BYRNE, Respondent. (G) LESLIE FISH, an Infant, by Her Guardian ad Litem, THOMAS FISH, et al., Appellants, v. KENNETH S. WATTS, Respondent. (H) ALBERT GEORGE et al., Appellants, v. JOSEPH WURZ, JR., Doing Business as WURZ TAXI

& AMBULANCE SERVICE, Respondent. (I) GILBERT H. GOKEY, Appellant, v. FORD MOTOR COMPANY et al., Respondents. (J) PAUL M. GROVE, JR., Individually and as Administrator of the Estate of FRANCES GROVE, Deceased, Appellant, v. ADELAIDE BLANCHARD et al., Respondents. (K) JOSEPH KNITTEL, Appellant, v. CHARLES GOLDSTEIN, Doing Business as LOMA PHARMACY, et al., Respondents. HELEN KNITTEL, Appellant, v. CHARLES GOLDSTEIN, Doing Business as LOMA PHARMACY, et al., Respondents. (L) RICHARD MAHAN, by Raymond Mahan, His Guardian ad Litem, et al., Appellants, v. GEORGE K. NICHOLS, Respondent. (M) VERONICA E. MITCHELL, Respondent, v. DAVID T. MITCHELL, JR., Appellant. (N) BETTY POUGET et al., Appellants, v. GEORGE P. HECKEL, Respondent. (O) RICHARD SAUNDERS, Appellant, v. CITY SCHOOL DISTRICT OF THE CITY OF CANANDAIGUA, Respondent. WILLIAM A. SAUNDERS, an Infant, by RICHARD SAUNDERS, His Guardian ad Litem, Appellant, v. CITY SCHOOL DISTRICT OF CITY OF CANANDAIGUA, Respondent. (P) SYR-ACE TAXI SERVICE, INC., Appellant, v. RICHARD F. A. CROSS, Respondent. (Q) DELMAR TURNER, Appellant, v. LESTER R. WEAVER et al., Respondents.— [In each action] Motion granted and appeal dismissed.

■ In the Matter of ROBERT E. FISCHER, Special Assistant Attorney-General.— Motion granted pursuant to section 657 of the Judiciary Law to permit disclosure of certain information by Commissioner of Jurors of the County of Oneida.

■ In the Matter of POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, v. H. B. VIDAL, Appellant.— Motion granted and appeal added to calendar for September 1961 Term; respondent to file brief on or before September 15, 1961.

■ In the Matter of the Probate of the Will of LUIGI FRANGELINE, Deceased.— Motion granted to remove case from September 1961 Calendar; case to be placed on calendar for argument at October 1961 Term and respondent's brief to be filed on or before October 5, 1961.

■ In the Matter of LORETTA V. MAYCHOSS, Doing Business as MARTIN'S RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN, et al., Constituting the State Liquor Authority, Respondents.— Motion to add to September 1961 Calendar denied; motion to appeal on original transcript and five typewritten copies of appellant's brief granted; stay continued on condition that appellant's briefs are filed and served on or before September 25, 1961. Respondent's brief must be filed and served on or before October 5, 1961 if case is to be argued at October 1961 Term.

■ (A) In the Matter of the Claim of JOHN R. NELSON v. COUNTY OF ERIE. In the Matter of the Claims of BARBARA NELSON, an Infant, et al. v. COUNTY OF ERIE. (B) ANTOINETTE M. DOYLE, Appellant, v. ILENE McC. SWINTON et al., Respondents.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before September 20, 1961.

■ (A) JOHN SUE, et al., Doing Business as SUE OIL COMPANY, Respondents, v. DONALD W. HOMER et al., Appellants. (B) PAUL KOVAC, Appellant, v. JOSEPH F. SPRINZL, JR., Respondent. (C) GENE KOVAC, Appellant, v. JOSEPH F. SPRINZL, JR., Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before September 25, 1961.

■ (A) SUNSHINE BUILDERS, INC., Appellant, v. MARY L. KASPER, Respondent. (B) MINNIE B. ALLEN, Respondent, v. DEAN HYLAND, Appellant. (C) LEON E. NIXON et al., Respondents, v. LIBERTY MUTUAL INSURANCE COMPANY, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before October 20, 1961.

■ (A) DON MACLARITY, Respondent, v. LEO LORTZ, Appellant. (B) MARIO FERRUSI, Appellant, v. DIRECT WINTERS TRANSPORTATION, LTD., et al.,